# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 5/12/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
VistaPost, LLC, a Delaware Limited Liability
Company
383 Beach Road
Burlingame, CA 94010

| | |
|---|---|
| Case Number:<br>11–31854 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>03–0380240 |
| Attorney for Debtor(s) (name and address):<br>Lawrence L. Szabo<br>Law Offices of Lawrence L. Szabo<br>3608 Grand Ave. #1<br>Oakland, CA 94610–2024<br>Telephone number: (510) 834–4893 | Bankruptcy Trustee (name and address):<br>Andrea A. Wirum<br>P.O. Box 1108<br>Lafayette, CA 94549<br>Telephone number: (415) 294–7710<br>Email: trustee@wirum.com |

## Meeting of Creditors
Date: **June 21, 2011**          Time: **08:00 AM**

Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Deadlines to File a Proof of Claim
Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **9/19/11**    For a governmental unit: **Must file before 180 days after the date relief was entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>235 Pine Street, 19th floor (94104)<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415–268–2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 5/13/11 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## −− Refer to Other Side for Important Deadlines and Notices −−

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: VistaPost, LLC, a Delaware Limited Liability Company | Case Number: 11-31854 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property: $**_____ **Annual Interest Rate___%**<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any: $**_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____    _____**INFORMATION**\_\_\_\_\_

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

```
                      United States Bankruptcy Court
                      Northern District of California
```

In re:                                                    Case No. 11-31854-TEC
VistaPost, LLC, a Delaware Limited Liabi                  Chapter 7
          Debtor            **CERTIFICATE OF NOTICE**

District/off: 0971-3        User: amalakoot        Page 1 of 2        Date Rcvd: May 13, 2011
                            Form ID: B9D            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
db         +VistaPost, LLC, a Delaware Limited Liability Compa,   383 Beach Road,   Burlingame, CA 94010-2005
aty         Lawrence L. Szabo,   Law Offices of Lawrence L. Szabo,   3608 Grand Ave. #1,
             Oakland, CA  94610-2024
smg         Chief Tax Collection Section,   Employment Development Section,   P.O. Box 826203,
             Sacrament, CA  94230
11861922   +ACS Logistics,   5005 W. Royal Lane, Ste. 198,   Irving, TX 75063-1959
11861924   +Arrowhead Mountain Spring Water Co.,   P.O. Box 856158,   Louisville, KY 40285-6158
11861925    Australiasian Mail Services,   Unit 3, 221-223,   ORiordan Street,   Mascot, NSW 2020,
             Australia
11861926    Automated Mailing Svc,   Po Box 3575,   Blaine, WA 98231-3575
11861927   +Baytech/Label,   12177 28th,   St. Petersburg, Florida 33716-1821
11861928    Belgian Post International,   EMC Building 829C 1931,   Zaventem - Brucargo,   Belgium
11861929    Canada Post Corporation Payment Processi,   2701 Riverside Drive,   Ottawa On K1a 1l7 Canada
11861930    Canpar,   500-1200 Central Parkway West,   Mississauga, ON L5C 4R9
11861931    City Of Burlingame,   License Tax Renewal,   P.O. Box  191 Burlingame, Ca 94011-0191
11861932   +City Of Burlingame Alarm Division,   P.O. Box 191,   Burlingame, Ca 94011-0191
11861933   +Cresco,   318 Stealth  Court,   Livermore, Ca 94551-9303
11861934   +Crystal Delligatti,   c/o  Andrew M. Agtagma,   1660S. Amplett Blvd., Ste 116,
             San Mateo, CA 94402-2507
11861941   +DHL Express - SC,   P.O. Box 62016,   North Charleston, SC 29419-2016
11861942   +DHL Global Mail,   12868 Collections Center Drive,   Chicago, IL 60693-0128
11861943   +DHL Global Match,   14895 Collections Center Dr.,   Chicago, Il 60693-0148
11861935    Davidson & Sons Customs Brokers Ltd.,   1220-1188 West Georgia Street,
             Vancouver, B.C. Canada V6E 4A2
11861936   +Deconstrukted Solutions,   581 B Natoma Street,   San Francisco, CA 94103-5814
11861937    Delta Airlines,   P.O. Box 20559,   Department 670,   Atlanta, GA 30320-2559
11861938    Delta Cargo,   P.O. Box 20559,   Department 670,   Atlanta, GA 30320-2559
11861939   +Department of Motor Vehicles,   P.O. Box 942894,   Sacramento, Ca 94294-0001
11861940   +Derrick R. Sturm, P.C.,   30021 Tomas Street, Suite #300,   Rancho Santa Margarita, CA 92688-2128
11861944   +Direct Link Worldwide Inc.,   700 Dowd Avenue,   Elizabeth, NJ 07201-2108
11861945    Eastern Connection,   Po Box 849159,   Boston, MA 02284-9159
11861946   +Edward S. Penrose,   673 Kansas St, Unit: 2,   San Francisco, CA 94107-2623
11861948    Employment Development Dept.,   P.O. Box 826276,   Sacramento, Ca 94230-6276
11861949   +England Logistics,   P.O. Box 27247,   Salt Lake City, UT 84127-0247
11861950    Flagship Software Ltd,   100 Fern Valley Crescent,   Richmond Hill, Ontario L4C2J4,   Canada
11861953   +G & C Company,   P.O. Box 2440,   Costa Mesa, CA 92628-2440
11861977   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: United States Treasury,   Ogden, UT 84201-0039)
11861956    Interurban 30480,   Matsqui Place Box 2155,   Abbotsford, BC V2T6l4,   Canada
11861957    Kelly Services, Inc.,   PO Box 31001-0422,   Pasadena, CA 91110-0422
11861958   +Logistic Solutions,   Po Box 77128,   San Francisco, Ca 94107-0128
11861959    Mail Options Limited,   Unit 39 to 43, Waterside Trading Centre,,   Trumpers Way,,
             London W7 2QD,   United Kingdom
11861960    Mailflight Courier Services Ltd,   551 Fairlie Road,   Slough Industrial Esate,   Berks SL1 4PY,
             United Kingdom
11861961    Mailing Solutions- MX Spain sl,   Calle Diamante, 19,   P.I. La Ermita,   29603 Marbella,
             Malaga,   Spain
11861962   +NovaVista Fulfillment LLC,   PO Box 713,   Pennington, NJ 08534-0713
11861963    Pacific Customs Brokers Inc. #101,   17637 1st Avenue,   Surrey, British Columbia,
             Canada V3S-9S1
11861964    Pacific Gas And Electric Co.,   Box 997300,   Sacramento, Ca  95899-7300
11861965   +Princeton Global Solutions,   P.O.  Box 713,   Pennington, NJ 08534-0713
11861967    Rhythm Behavior, LLC,   Fairmount Avenue, No. 3,   El Cerrito, CA 94530
11861968    Select Staffing,   P.O. Box 100985,   Pasadena, Ca 91189-0985
11861969   +Shea Trucking,   1600 New Highway Ste. 4,   Farmingdale, NY 11735-1543
11861970   +Skypostal,   7805 NW 15th Street,   Miami, Florida 33126-1109
11861971   +Solistics Solutions,   P.O. Box 2440,   Costa Mesa, Ca 92628-2440
11861972   +T.C. Transportation, Inc.,   P.O. Box 2426,   So.San Francisco, CA 94083-2426
11861973   +The Hartford,   P O Box 2907,   Hartford, CT 06104-2907
11861974   +Townsend & Styler Maintenance Co.,   P.O. Box 5625,   Berkeley, CA 94705-0625
11861975   +Uline Ship Supplies 800-295-551,   2200 S. Lakeside Drive,   Waukegan, Il 60085-8361
11861976    United Parcel Service,   Po Box 894820,   Los Angeles, Ca 90189-4820
11861978   +Wells Fargo Businessline,   420 Montgomery Street,   San Francisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BAAWIRUM.COM May 14 2011 00:58:00      Andrea A. Wirum,   P.O. Box 1108,
             Lafayette, CA 94549-1108
smg         EDI: CALTAX.COM May 14 2011 00:58:00      CA Franchise Tax Board,
             Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
smg         EDI: EDD.COM May 14 2011 00:58:00      CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust           +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov May 14 2011 00:59:46
                Office of the U.S. Trustee / SF,   Office of the U.S. Trustee,   235 Pine St,   Suite 700,
                San Francisco, CA 94104-2736
11861923      E-mail/Text: RHilton@republicservices.com May 14 2011 00:59:14      Allied Waste Services #925,
                P.O. Box 78829,   Phoenix, AZ 85062-8829
11861951      +EDI: CALTAX.COM May 14 2011 00:58:00      Franchise Tax Board,   Po Box 942857,
                Sacramento, CA 94257-0031
11861954      EDI: IRS.COM May 14 2011 00:58:00      Internal Revenue Service/CIO,   P.O. Box 21126,
                Philadelphia, PA 19114
11861955      EDI: IRS.COM May 14 2011 00:58:00      Internal Revenue Services,   Po Box 510000,
                San Francisco, CA 94151-5100
                                                                                        TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11861952      Freudenberger Enterprises,   Solistics, Inc.,   c/o Gordon & Rees,   275 Battery Street, Ste 200,
                San Francis
11861947*     +Edward S. Penrose,   673 Kansas St, Unit: 2,   San Francisco, CA 94107-2623
11861966*     +Princeton Global Solutions,   P.O.  Box 713,   Pennington, NJ 08534-0713
                                                                            TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**                    **Signature:**      _Joseph Speetjens_

Case: 11-31854   Doc# 5   Filed: 05/15/11   Entered: 05/15/11 21:26:28   Page 6 of 6