Selwyn D. Whitehead, SBN 236391
Law Offices of Selwyn D. Whitehead
4650 Scotia Avenue
Oakland, CA 94605
Phone: 510.632.7444
Fax: 510.856.5180
selwynwhitehead@yahoo.com

Attorney for Creditor
CRYSTAL DELLIGATTI

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>VISTAPOST, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>　　　Debtor.<br><br>CRYSTAL DELLIGATTI,<br>　　　Movant<br><br>v.<br><br>VISTAPOST, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>　　　Respondent. | Case No.: 11-31854 TEC<br>R.S. No: SDW-002<br>Chapter: 13<br><br>**NOTICE OF AND HEARING ON MOTION FOR RELIEF FROM STAY [11 U.S.C. §§ 362 and 1325, 28 U.S.C. §§ 157 and 1334 and Bankruptcy Rule 4001]**<br><br>**HEARING:**<br>Date:　August 31, 2011<br>Time:　1:00 PM<br>Place:　U.S. Bankruptcy Court<br>　　　　235 Pine Street, 23rd Floor<br>　　　　San Francisco, CA 94104<br><br>*The Honorable Thomas E. Carlson* |

TO: DEBTOR VISTAPOST, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DEBTORS' COUNSEL LAWRENCE L. SZABO, ESQ., AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** pursuant to B.L.R. 4001-1, a hearing will be held on the Motion of CRYSTAL DELLIGATTI for an Order Lifting the Automatic Stay in the above-entitled case on August 31, 2011, at the hour of 1:00 p.m., before the Honorable Thomas E. Carlson.

This notice serves to advise Debtor/Respondent that it should appear by person or by counsel at the above-stated place at the above stated time.

Dated: July 28, 2011       THE LAW OFFICES OF
                           SELWYN D. WHITEHEAD

                    By:    /s/ Selwyn D. Whitehead
                           SELWYN D. WHITEHED